IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RHONDA MCADORY-CONNER,

    Plaintiff,

      v.

                                  CIVIL ACTION FILE
                                  NO. 1:18-CV-768-TWT

MR. COOPER,

    Defendant.

## ORDER

This is an action seeking to set aside a foreclosure sale. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 7] for lack of standing and res judicata. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 7] is GRANTED.

SO ORDERED, this 14 day of August, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge